UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LABORERS' PENSION FUND; ET AL**<br><br>PLAINTIFF(S)<br><br>vs.<br><br>**INTERSTATE ROAD CONSTRUCTION INC.**<br><br>DEFENDANT(S) | Case No.<br>**08 CV 3673**<br><br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 08, 2008**, at **10:05 AM**, I served the above described documents upon **INTERSTATE ROAD CONSTRUC INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **DENNIS MICHON / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **9501 W. 144TH PL. #101, ORLAND PARK, IL 60462.**

**DESCRIPTION:**   Gender: **M**   Race: **WHITE**   Age: **55**   Hgt: **5'10"**   Wgt: **200**   Hair: **GRAY**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Karen Crohan, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 8th day of July, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:              ORIGINAL PROOF OF SERVICE              TRACKING #