IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, ) ) ) ) ) ) ) | ) Judge Der-Yeghiayan |
| Plaintiffs, ) | Case No. 08 C 3673 |
| v. ) | |
| INTERSTATE ROAD CONSTRUCTION INC., ) an Illinois corporation, ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To:   Interstate Road Construction Inc.
      c/o Dennis Michon, Registered Agent
      9501 W. 144th Place #101
      Orland Park, IL 60462

PLEASE TAKE NOTICE that at **9:00 a.m. on Tuesday, August 12, 2008**, or as soon thereafter as counsel can be heard, the undersigned will appear before the Honorable Judge Samuel Der-Yeghiayan, Room 1903, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present *Plaintiffs' Motion for Order of Default and to Compel an Audit*, a copy of which is herewith served upon you.

August 5, 2008                                       Laborers Pension Fund, et al.

                                                     By: /s/ Charles Ingrassia

Office of Fund Counsel
111 W. Jackson St., Suite 1415
Chicago, IL  60604
(312) 692-1540

## PROOF OF SERVICE BY MAIL

The undersigned certifies that on this 5th day of August 2008 he served this notice to the above addressee(s) via U.S. Mail.

                                                     /s/ Charles Ingrassia