Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3673 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Laborers' Pension Fund, et al. Vs. Laborers' Pension Fund | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion for order and to compel an audit [12] is granted. Default is hereby entered in favor of the Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, James S. Jorgensen and against Defendant Interstate Road Construction Inc. Status hearing set for 09/04/08 is stricken. Prove-up hearing set for 10/29/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | maw |
|---|---|---|---|

2008 AUG 13 AM 8:06
U.S. DISTRICT COURT