

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, | Judge Der-Yeghiayan |
| Plaintiffs, | Case No. 08 C 3673 |
| v. | |
| INTERSTATE ROAD CONSTRUCTION INC., an Illinois corporation, | |
| Defendant. | |

## ORDER

This matter having come to be heard on the Motion of Plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity and James S. Jorgensen, Administrator of the Funds ("Funds") Order of Default and to Compel an Audit, due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. Defendant Interstate Road Construction Inc., ("Defendant") is in default.

2. The Defendant is hereby directed to promptly submit benefit reports and contributions and union dues reports and dues for the period of March 2008 forward.

3. The Defendant is hereby directed to promptly obtain and maintain a bond.

4. The Defendant is hereby ordered to promptly submit its books and records to an audit for the period of October 1, 2005 forward.

IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enter judgment in sum certain upon the completion of the audit, including interest, liquidated damages, accumulated liquidated damages, audit costs, reasonable attorneys' fees and costs and such other and further relief as this Court deems to be just and appropriate.

_____
The Honorable Samuel Judge Der-Yeghiayan
United States District Court Judge

Date: August 12, 2008